August 3, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

MATTHEW D. WIGGINS, JR., Appellant

NO. 14-16-00801-CV                    V.

CHRISTOPHER J. JANOUSEK AND MADELEINE M. GRIFFIN, Appellees

_____

This cause, an appeal from the judgment in favor of appellee, Christopher J. Janousek and Madeleine M. Griffin, signed, June 28, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Matthew D. Wiggins, Jr., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.